```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  UNITED STATES OF AMERICA                                     :
                                                               :
              -against-                                        :
                                                               :              19-CR-808 (VEC)
                                                               :
  ABRAHIM DUKURAY,                                             :                  ORDER
                                                               :
                                     Defendant.                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 15, 2020, the parties requested a change-of-plea hearing with this Court;

IT IS HEREBY ORDERED THAT:

1. The hearing will take place on **September 17, 2020 at 10:15 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Members of the public may appear for the hearing by calling (888) 363-4749, using the access code 3121171 and the security code 0808.  All those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

2. Per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client (if attending the proceeding) does not meet the requirements.

**SO ORDERED.**

Date:  September 15, 2020
       New York, NY

_____
 **VALERIE CAPRONI**
**United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.