```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                :
                                          :
         -against-                        :
                                          :    19-CR-808 (VEC)
                                          :
  ABRAHIM DUKURAY,                        :    ORDER
                                          :
                         Defendant.       :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 17, 2020, the parties appeared for a change of plea hearing;

WHEREAS at the September 17, 2020 hearing, Mr. Dukuray entered a guilty plea;

IT IS HEREBY ORDERED that: Defendant's sentencing will be held on **February 25, 2021 at 11:00 a.m**.  Sentencing submissions are due by **February 11, 2021.**

**SO ORDERED.**

**Dated: September 17, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**