USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :     19-CR-808 (VEC)
    -against-                        :
                                      :     ORDER
ABRAHIM DUKURAY,                      :
                                      :
                                Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for **February 25, 2021 at 11:00 a.m.;**

IT IS HEREBY ORDERED THAT:

1. The sentencing will occur **in person** in Courtroom 443.  The parties are directed to consult the relevant standing orders regarding courthouse entry and mask requirements

2. Members of the public may attend the hearing by dialing 888-363-4749, using the access code 3121171, and the security code 0808.

**SO ORDERED.**

Date:  **February 19, 2021**
       **New York, NY**

_____
 **VALERIE CAPRONI**
**United States District Judge**